

**NACMIAS LAW FIRM PLLC**

592 PACIFIC ST. 1ST FLOOR
BROOKLYN, NY 11217
PHONE: 347-392-6356
FAX: 347-402-7569
MICHAEL@NACMIASLAW.COM

February 14, 2024

District Judge Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

RE: *OSTERIA PIEMONTE CORPORATION d/b/a SAN CARLO and HOSKOB ASSOCIATES LLC*
**DOCKET: 1:23-cv-10591-MKV**

Dear Judge Subramanian,

  The undersigned represents Joseph Volfman, the plaintiff in the above-referenced matter. I write jointly with defendants' counsel to advise the Court that this case has been settled in principle.

  The parties are currently in the process of finalizing settlement terms and conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next thirty (30) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, including the date for defendants' to file an answer, and allow the parties thirty (30) days to finalize settlement.

  Thank you for your time and consideration on this matter.

                    Respectfully,

By: *[signature]*

                    Andre Autz, Esq.
                     *Attorney for Plaintiff*
                    Nacmias Law Firm, PLLC
                    592 Pacific Street, 1st Floor
                    Brooklyn, NY 11217
                    T: 929-295-4759
                    aautz@nacmiaslaw.com